# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-20422-3 |
| ARMONI HALL, | ) |
| Defendant. | ) |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge S. Thomas Anderson for all further proceedings.

**IT IS SO ORDERED,** this 13th day of December, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE